**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

VERONICA SILVA; RICHARD
LEACH; VIRGINIA WRIGHT;
BELINDA ANDERSON; and
STELLA HOOT

    Plaintiffs,

v.                                      Case No: 6:25-cv-1871-RBD-LHP

OUTCOMES ONE, INC.; and
AETNA, INC.,

    Defendants.
_____

**ORDER OF DISMISSAL**

    This cause is before the Court upon the Notice of Voluntary Dismissal (Doc. 29), filed on December 19, 2025. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate all pending motions and close the file.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on December 29, 2025.



ROY B. DALTON, JR.
United States District Judge